UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*Miller*

*v.*

*Guttormson*

**COMPLAINT**

**EXHIBIT A**

4/27/15 Email from Copyright Office to G. Collins

**Brandi Bies**

| | |
|---|---|
| **From:** | Copyright Office <noreply@loc.gov> |
| **Sent:** | Monday, April 27, 2015 2:18 PM |
| **To:** | Gregory Collins |
| **Subject:** | Confirmation of Receipt |

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your Application and payment for the work Healer Adam Miller – Explanation of the Healing Work were received by the U.S. Copyright Office on 4/27/2015.

PLEASE NOTE: Your submission is not complete until you upload or mail the material you are registering. To do so, logon to https://eco.copyright.gov/eService_enu/ and click on case number 1-2338200591 in the Open Cases table. Follow the instructions to either upload a digital copy or mail a physical copy (with shipping slip attached) of the work being registered. Additional instructions and requirements for submitting the material being registered can be found at http://www.copyright.gov/eco/tips/.

SHIPPING SLIPS: If you mail physical copies of the material being registered, the effective date of registration will be based on the date on which we receive the copies WITH CORRESPONDING SHIPPING SLIPS ATTACHED.

A printable copy of the application will be available within 24 hours by clicking the My Applications link in the left top most navigation menu of the Home screen.

You may check the status of this claim via eCO using this number 1-2338200591. If you have questions or need assistance, Copyright Office contact information can be found at http://www.copyright.gov/help/index.html#general.

United States Copyright Office

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*Miller*

v.

*Guttormson*

**COMPLAINT**

**EXHIBIT B**

Copy of envelope contents re US Copyright Office Receipt
mailed to the United States Copyright Office on 4/27/15




101 Independence Avenue SE
Washington, DC 20559-6000

# U.S. Copyright Office Receipt

## Deposit Copy Shipping Slip for Deposit Copies Sent to Accompany an Electronically Submitted Application

| Field | Value |
|---|---|
| Case / SR#: | 1-2338200591 |
| Case Date: | 04/27/2015 |
| Title: | Healer Adam Miller – Explanation of the Healing Work |
| Vol/Num/Issue | |
| Month/Year | |
| Applicant's Internal Tracking | |

**Materials Submitted:**

| Quantity | Format |
|---|---|
| 1 DVD | mp4 |

## Instructions for Sending Deposit Copies

I. Attach this shipping slip securely to the deposit copy or copies for this work.
II. Mail the deposit copy or copies within 30 days of the case date listed above.

**Please Mail To:**

Library of Congress
Copyright Office - MP
101 Independence Avenue, SE
Washington, DC 20559 - 6238



