# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Arizona

**Adam Miller, an Arizona resident**

    Plaintiff(s),

vs.

**Joel Guttormson a/k/a Stephanie Guttormson a/k/a Vanessa Guttormson, a Colorado resident**

    Defendant(s).

Attorney: Geoffrey Kercsmar

Kercsmar & Feltus PLLC
6263 North Scottsdale Rd., #320
Scottsdale AZ 85250



*92371*

**Case Number: 4:15-cv-00177-BPV**

Legal documents received by Nationwide Legal, Inc. (AZ) on 05/05/2015 at 4:42 PM to be served upon **Joel Guttormson a/k/a Stephanie Guttormson a/k/a Vanessa Guttormson, a Colorado resident at 17650 Amity Dr., #104, Gaithersburg, MD 20877**

I, **Marshall Parsons**, swear and affirm that on **May 05, 2015 at 8:03 PM**, I did the following:

**Personally Served Joel Guttormson a/k/a Stephanie Guttormson a/k/a Vanessa Guttormson, a Colorado resident** the person listed as the intended recipient of the legal document with this **Summons in a Civil Action; Complaint; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Report on the Filing or Determination of an Action or Appeal Regarding a Copyright; Exhibit A to Complaint** at **17650 Amity Dr., #104, Gaithersburg, MD 20877**.

**Description of Person Accepting Service:**
Sex: Female Age: 30s Height: 5'4"-5'8" Weight: 131-160 lbs Skin Color: White Hair Color: Brown and Blond

**Supplemental Data Appropriate to this Service:** The defendant is going by Stephanie Guttormson.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Marshall Parsons**
Process Server

**Nationwide Legal, Inc. (AZ)**
3150 N 24th St., #D104
Phoenix AZ 85016

602-256-9700

Internal Job ID:92371

District of Columbia: SS
Subscribed and Sworn to before me
this _8th_ day of _May_ _2015_

_____
Andrew Yonki, Notary Public, D.C.
My commission expires October 31, 2019