Geoffrey Kercsmar (#020528)
Gregory B. Collins (#023158)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
Telephone: (480) 421-1001
Fax: (480) 421-1002
gsk@kflawaz.com
gbc@kflawaz.com

Attorneys for Plaintiff Adam Miller

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Adam Miller, an Arizona resident, | No. 4:15-CV-00177-BPV |
| Plaintiff, | |
| v. | **RULE 41 (a)(1)(A) NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| Joel Guttormson a/k/a Stephanie Guttormson a/k/a Vanessa Guttormson, a Colorado resident, | |
| Defendant. | |

Plaintiff Adam Miller hereby serves notice of dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A). The Defendant has not answered the Complaint and the Plaintiff has not previously dismissed any federal court action or state court action relating to the claims alleged in the Complaint. Accordingly, this dismissal is without prejudice.

1  Dated this 20th day of May, 2015.

KERCSMAR & FELTUS, PLLC

By: *s/Greg Collins*
    Geoffrey S. Kercsmar
    Gregory B. Collins
    7150 East Camelback Road, Suite 285
    Scottsdale, Arizona 85251
    *Attorneys for Plaintiff Adam Miller*

**CERTIFICATE OF SERVICE**

I certify that on May 20, 2015, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and I emailed and mailed via U.S. Mail a courtesy copy of the Filing to the following:

Marc John Randazza
Randazza Legal Group
3625 South Town Center Drive
Las Vegas, NV 89135
*Attorney for defendant*

*s/Brandi Bies*